IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR142 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARCUS CHILES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motions for an extension of time by defendant Marcus Chiles (Chiles) (Filing No. 10). Chiles seeks an extension of time to June 2, 2005, in which to file pretrial motions pursuant to paragraph 3 of the progression order (Filing No. 7). Chiles has submitted an affidavit in accordance with paragraph 9 of the progression order whereby Chiles consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 10). Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Defendant Chiles's motion for an extension of time (Filing No. 10) is granted. Defendant Chiles is given until **on or before June 2, 2005,** in which to file pretrial motions pursuant to the progression order (Filing No. 7). The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 18, 2005 and June 2, 2005**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

2. The tentative setting of an evidentiary hearing for 1:00 p.m. on May 31, 2005, is **canceled** and will be re-scheduled in the event any pretrial motions are filed in accordance with this order.

DATED this 18th day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge